**Serguei BOURDEEV, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Department of Transportation, Bureau of Driver Licensing, Appellee.**

Supreme Court of Pennsylvania.

Argued Oct. 17, 2001.

Decided Oct. 26, 2001.

Thomas P. Pfender, Charles Nistico, Lawrence J. DiAngelus, Media, for Serguei Bourdeev.

David M. McGlaughlin, Philadelphia, for Pa. Association of Criminal Defense Lawyers.

Marc A. Werlinsky, King of Prussia, Harold Cramer, Timothy Peter Wile, Harrisburg, for Driver Licensing Bureau.

Before ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

Chief Justice Flaherty did not participate in the consideration or decision of this case.

### ORDER

**PER CURIAM:**

The order of the Commonwealth Court is affirmed based upon the reasoned opinion of Senior Judge Joseph F. McCloskey.